

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00422-CR

Carl **RANDLE** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4661A
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 23, 2015.

_____
Marialyn Barnard, Justice